# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

KEVIN TRITTIEN,

    Defendant.

_____

PELLA CORPORATION
EMPLOYEE'S PROFIT SHARING
PLAN,

Garnishee.

No. 13-CR-67-LRR

**ORDER**

_____

The matter before the court is the government's "Motion to Require Garnishee to Appear to Answer Writ of Garnishment" ("Motion") (docket no. 47), which the government filed on March 5, 2015. On January 16, 2014, the court, among other things, ordered Defendant to pay a fine in the amount of $8,000. *See* Judgment (docket no. 36) at 5. On June 18, 2014, the government filed a Writ of Garnishment (docket no. 46), which instructed Garnishee Pella Corporation Employee's Profit Sharing Plan ("Garnishee") to file an answer to the garnishment within ten days. The government states that the Garnishee accepted service of the garnishment package and states that it filed a certified mail receipt as an exhibit, although no such exhibit is attached to the Motion. The government represents that on February 17, 2015, it "contacted the Garnishee to inform them that additional action needed to be taken on their part or the [c]ourt would be asked to intervene," but that "[n]o additional pleadings have been filed by the [G]arnishee nor

have they contacted [the government] to make additional inquiry." Motion at 2. The government requests that the court set a hearing to require the Garnishee to appear.

28 U.S.C. § 3205(c)(4) requires a garnishee to file a written answer to a writ of garnishment. Pursuant to 28 U.S.C. § 3205(c)(6):

> If a garnishee fails to answer the writ of garnishment or to withhold property in accordance with the writ, the United States may petition the court for an order requiring the garnishee to appear before the court to answer the writ and to so withhold property before the appearance date.

28 U.S.C. § 3205(c)(6). The court deems it appropriate to require the Garnishee to appear before the court to answer the Writ of Garnishment. Accordingly, the Motion is **GRANTED**. The court shall hold a hearing at which the Garnishee is ordered to attend on **Monday, March 30, 2015 at 10:00 a.m.** before the undersigned in Courtroom 1, United States Courthouse, 111 Seventh Avenue SE, Cedar Rapids, Iowa.[1] A REPRESENTATIVE FROM PELLA CORPORATION EMPLOYEE'S PROFIT SHARING PLAN IS ORDERED TO PERSONALLY APPEAR AT THE HEARING AND ANSWER THE WRIT OF GARNISHMENT.

**IT IS SO ORDERED.**

**DATED** this 10th day of March, 2015.

*[signature]*
LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA

---

[1] In the event that the Garnishee answers the Writ of Garnishment before the hearing, the government is directed to inform the court of such answer.